IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 24-02559 |
| | } | |
| Andreea David | } | Judge Jacqueline P. Cox |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | |

TO: **Thomas H. Hooper**, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic notification;

**Andreea David,** 5542 N. Paulina St., Unit 1, Chicago, IL 60640, via U.S. Mail; and

See Attached List

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mailbox at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on February 27, 2024, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.


/s/ David Freydin             2/27/2024
David Freydin, Esq            Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 24-02559<br>Northern District of Illinois<br>Eastern Division<br>Tue Feb 27 13:38:22 CST 2024 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 |
| Brian Leong<br>1101 N Hamlin<br>Chicago, IL 60651-3842 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Huntington Bank<br>Attn: Bankruptcy<br>Po Box 182519<br>Columbus, OH 43218-2519 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Luminita Ispas<br>1161 W Madison St<br>Chicago, IL 60607-2095 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Nicu Man<br>5276 N Lawler Ave.<br>Chicago, IL 60630-1620 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| Sandeep Goud<br>c/o Rifkind Patrick LLC<br>3025 N Lincoln Ave, Suite 1<br>Chicago, IL 60657-9243 | (p)U S SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Xenix Realty LLC<br>c/o Rifkind Patrick LLC<br>3025 N Lincoln Ave, Suite 1<br>Chicago, IL 60657-9243 | Andreea David<br>5542 N Paulina St., Unit 1<br>Chicago, IL 60640-0723 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 | PNC Bank<br>Attn: Bankruptcy Department<br>Po Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 |
| Small Business Administration<br>332 S. Michigan Avenue, Suite 600<br>Chicago, IL 60604 | Us Bank<br>Attn: Bankruptcy<br>Po Box 5229<br>cincinnati, OH 45201 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                  20 |