UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: ANDREEA DAVID | ) | Case No. 24 B 02559 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for April 22, 2024 10:30 am, for the following:

The Trustee requests a comparative market analysis for debtor's real estate located at 5542 N. Paulina St., Chicago, IL. The liquidation analysis of 11 USC 1325 (a)(4) cannot be completed until this is resolved.

The Trustee requests documentation of all Small Business Administration loans including bank statements showing receipt and all expenditures. The liquidation analysis of 11USC 1325(a)(4) cannot be completed until this is resolved.

Debtor has failed to provide copies of 60 days of pay stubs and/or other evidence of income in accordance with 11 U.S.C. Section 521(a)(1)(B), 1325(a)(1). Debtor to provide the Trustee with copies of full bank statements pertaining to debtor's business.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: March 29, 2024   /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: ANDREEA DAVID | ) | Case No. 24 B 02559 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

### CERTIFICATE OF SERVICE

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN  (via CM/ECF)
*Attorney for Debtor*

Patrick Layng  (via CM/ECF)
United States Trustee

ANDREEA DAVID  (via First Class Mail)
5542 N PAULINA ST #1
CHICAGO, IL 60640
*Debtor*

Dated: March 29, 2024        /s/ Chris Domann
_____

Chris Domann
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900